**No. 46393.**—Protests 793822–G, etc., of Heemsoth & Basse, Inc., et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.